10796.  BARCLAY v. THE STATE.

BROYLES, C. J.  1. In the absence of a timely and appropriate written request for more particular instructions upon the law of reasonable doubt, the charge upon that subject as given was sufficient.
2. The 1st and 2d special grounds of the motion for a new trial are merely elaboration of the general grounds.  The evidence authorized the verdict, and the court did not err in overruling the motion for a new trial.

Judgment affirmed.  Luke and Bloodworth, JJ., concur.
DECIDED NOVEMBER 4, 1919.

Indictment for manufacture of intoxicating liquor; from Pike superior court—Judge Searcy.  July 5, 1919.

Frank L. Adams, for plaintiff in error.

E. M. Owen, solicitor-general, contra.

---

10797.  BLOOD v. THE STATE.

LUKE, J.  This case is presented here upon the general grounds only. There is evidence to support the verdict.  It was the right and province of the jury to credit such witnesses and circumstances as they, under an appropriate charge of the court, deemed satisfied them beyond a reasonable doubt of the defendant's guilt.  It was not error to overrule the motion for a new trial.

Judgment affirmed.  Broyles, C. J., and Bloodworth, J., concur.
DECIDED NOVEMBER 4, 1919.

Indictment for car-breaking; from Richmond superior court— Judge H. C. Hammond.  July 3, 1919.

C. A. Picquet, for plaintiff in error.

A. L. Franklin, solicitor-general, John M. Graham, contra.

---

10798.  JACKSON v. THE STATE.

BLOODWORTH, J.  The motion for a new trial in this case contained the usual general grounds only.  The evidence authorized the verdict, and the judgment is

Affirmed.  Broyles, C. J., and Luke, J., concur.
DECIDED NOVEMBER 4, 1919.

Indictment for larceny; from Richmond superior court—Judge H. C. Hammond.  July 3, 1919.

C. A. Picquet, for plaintiff in error.

A. L. Franklin, solicitor-general, John M. Graham, contra.